Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  23−11116−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Kathryn L Tripptree
   8 Fritz Street
   Bloomfield, NJ 07003

Social Security No.:
   xxx−xx−1674

Employer's Tax I.D. No.:

---

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 7/26/23 at 10:00 AM

to consider and act upon the following:

*25* – Motion to Approve Loan Modification with Weichert Financial Services Filed by Mitchell R Stein on behalf of Kathryn L Tripptree. Objection deadline is 07/12/2023. (Attachments: # 1 Exhibit Loan Modification Terms # 2 Proposed Order # 3 Certificate of Service) (Stein, Mitchell)

*27* – Objection to Motion to Approve Loan Modification (related document:25 Motion to Approve Loan Modification with Weichert Financial Services Filed by Mitchell R Stein on behalf of Kathryn L Tripptree. Objection deadline is 07/12/2023. (Attachments: # 1 Exhibit Loan Modification Terms # 2 Proposed Order # 3 Certificate of Service) filed by Debtor Kathryn L Tripptree) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/29/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court