| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | |
| IN RE:<br><br>KATHRYN L TRIPPTREE | Case No.: 23-11116<br><br>Adv. No.:<br><br>Hearing Date:  01/10/2024<br><br>Judge:  SLM |

## CERTIFICATION OF SERVICE

1. I, Jessica Antoine, am a Paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/28/2023, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtor:
KATHRYN L TRIPPTREE
8 FRITZ STREET
BLOOMFIELD, NJ  07003
Mode of Service:  Regular Mail

Attorney for Debtor(s):
MITCHELL R. STEIN
STEIN & STEIN, ESQS.
114 OLD BLOOMFIELD AVENUE
PARSIPPANY, NJ  07054
Mode of Service:  ECF and/or Regular Mail

Dated:  November 28, 2023

By:  /S/  Jessica Antoine
Jessica Antoine