UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Weichert Financial Services

In Re:

Kathryn Tripptree,

Debtor.

Case No.:     23-11116-SLM

Chapter:           13

Hearing Date:    01/10/2024

Judge:           Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 8 Fritz Street, Bloomfield, NJ (Docket # 44)

_____

Date: 01/04/2024                                /s/ Denise Carlon
                                                Signature

*rev.8/1/15*