MITCHELL R. STEIN
STEIN & STEIN, ESQS.
114 OLD BLOOMFIELD AVENUE
PARSIPPANY, NJ  07054

Re:  KATHRYN L TRIPPTREE
8 FRITZ STREET
BLOOMFIELD, NJ  07003

Atty:  MITCHELL R. STEIN
STEIN & STEIN, ESQS.
114 OLD BLOOMFIELD AVENUE
PARSIPPANY, NJ  07054

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2024**
Chapter 13 Case # 23-11116

### RECEIPTS AS OF 01/01/2024    (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 03/10/2023 | $245.00 | | 03/24/2023 | $130.00 | |
| 04/07/2023 | $130.00 | | 04/21/2023 | $130.00 | |
| 05/05/2023 | $130.00 | | 05/19/2023 | $130.00 | |
| 06/05/2023 | $130.00 | | 06/16/2023 | $130.00 | |
| 07/10/2023 | $136.00 | | 07/14/2023 | $130.00 | |
| 07/28/2023 | $130.00 | | 08/11/2023 | $160.00 | |
| 08/25/2023 | $160.00 | | 09/11/2023 | $160.00 | |
| 09/22/2023 | $160.00 | | 10/06/2023 | $160.00 | |
| 10/20/2023 | $160.00 | | 11/03/2023 | $160.00 | |
| 11/17/2023 | $160.00 | | 12/01/2023 | $160.00 | |
| 12/15/2023 | $200.00 | | | | |

**Total Receipts: $3,191.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $3,191.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2024    (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| JPMORGAN CHASE BANK NA | | | | | | |
| | 08/14/2023 | $1,606.13 | 914,952 | 09/18/2023 | $299.20 | 916,447 |
| | 10/16/2023 | $31.99 | 917,917 | 10/16/2023 | $264.81 | 917,917 |
| | 11/13/2023 | $31.74 | 919,365 | 11/13/2023 | $262.66 | 919,365 |
| | 12/11/2023 | $31.74 | 920,765 | 12/11/2023 | $262.66 | 920,765 |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 248.07 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 2,474.68 | 100.00% | 2,040.47 | 434.21 |
| 0006 | WEICHERT FINANCE | (NEW) Prepetition | 0.00 | 100.00% | 0.00 | 0.00 |

Chapter 13 Case # 23-11116

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,129.28 | 100.00% | 0.00 | 5,129.28 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 1,803.53 | 100.00% | 0.00 | 1,803.53 |
| 0009 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 136.48 | 100.00% | 0.00 | 136.48 |
| 0010 | JPMORGAN CHASE BANK NA | (NEW) Auto Agreed | 4,712.36 | 100.00% | 1,118.46 | 3,593.90 |

**Total Paid: $3,407.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 12, 2024.

Receipts: $3,191.00    -    Paid to Claims: $3,158.93    -    Admin Costs Paid: $248.07    =    Funds on Hand: $184.00

**\*\*NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.