Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

    Case No.:  23−11116−SLM
    Chapter:  13
    Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Kathryn L Tripptree
    8 Fritz Street
    Bloomfield, NJ 07003

Social Security No.:
    xxx−xx−1674

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

on 4/10/24 at 10:00 AM

to consider and act upon the following:

**64** − Creditor's Certification of Default (related document:39 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Aleisha Candace Jennings on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 03/19/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Jennings, Aleisha)

**65** − Certification in Opposition to Certification of Default (related document:64 Creditor's Certification of Default (related document:39 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Aleisha Candace Jennings on behalf of JPMORGAN CHASE BANK, N.A.. Objection deadline is 03/19/2024. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Creditor JPMORGAN CHASE BANK, N.A.) filed by Mitchell R Stein on behalf of Kathryn L Tripptree. (Attachments: # 1 Certificate of Service) (Stein, Mitchell)

Dated: 3/20/24

            Jeanne Naughton
            Clerk, U.S. Bankruptcy Court