UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Weichert Financial Services

In Re:

Kathryn Triptree & Phillip Franck,

Debtor.

Case No.:         23-11116-SLM

Chapter:                13

Hearing Date:      09/11/2024

Judge:              Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 69)

_____

Date: 09/04/2024                    /s/ Denise Carlon
                                    Signature

*rev.8/1/15*