| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>**Marie-Ann Greenberg, MAG-1284**<br>**Marie-Ann Greenberg, Standing Trustee**<br>**30 TWO BRIDGES ROAD**<br>**SUITE 330**<br>**FAIRFIELD, NJ  07004-1550**<br>**973-227-2840**<br>**Chapter 13 Standing Trustee** |
| IN RE:<br><br>    KATHRYN L TRIPPTREE |

Order Filed on December 12, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.:  23-11116 SLM

Hearing Date:  12/11/2024

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 12, 2024**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): KATHRYN L TRIPPTREE

Case No.: 23-11116

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/11/2024 on notice to MITCHELL R. STEIN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to address secured creditor's mortgage arrears and amended schedules I and J by 12/26/2024 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan to address secured creditor's mortgage arrears and amended Schedules I and J has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                      Case No. 23-11116-SLM
Kathryn L Tripptree                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                    Page 1 of 2
Date Rcvd: Dec 12, 2024                    Form ID: pdf903                              Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2024:**

**Recip ID          Recipient Name and Address**
db            +    Kathryn L Tripptree, 8 Fritz Street, Bloomfield, NJ 07003-4044

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2024                              Signature:           /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2024 at the address(es) listed below:

**Name                              Email Address**

Aleisha Candace Jennings
                                    on behalf of Creditor JPMORGAN CHASE BANK  N.A. ajennings@hillwallack.com

Denise E. Carlon
                                    on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                                    magecf@magtrustee.com

Mitchell R Stein
                                    on behalf of Debtor Kathryn L Tripptree msteinlaw@yahoo.com  msteinlaw@yahoo.com;steinmr83648@notify.bestcase.com

Sindi Mncina
                                    on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee
                                    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Dec 12, 2024 Form ID: pdf903 Total Noticed: 1
TOTAL: 6