**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

    KATHRYN L TRIPPTREE

**Order Filed on August 28, 2025**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

**Case No.:  23-11116 SLM**

**Hearing Date:  8/27/2025**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 28, 2025**

*Stacey L. Meisel*

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  KATHRYN L TRIPPTREE

Case No.:  23-11116

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

THIS MATTER having come before the Court on 08/27/2025 on notice to MITCHELL R. STEIN,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file a modified plan to address secured creditor's post-petition mortgage arrears and amended budget by 9/10/2025 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that if there are any changes to Debtor's income noted on amended Schedule I, proof of updated income from all sources must be provided to Trustee's office by 9/10/2025 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney.