Marie-Ann Greenberg MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840
Chapter 13 Standing Trustee

|  |  |
|---|---|
| IN RE: | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| KATHRYN L TRIPPTREE, | Case No.: 23-11116 SLM |
| Debtor |  |

### NOTICE OF RESERVE ON CLAIM

Creditor:            JPMORGAN CHASE BANK NA
Trustee Claim #:     10
Court Claim #:
Claimed Amount:      $4,712.36
Date Claim Filed:

Please be advised that a reserve has been placed on the above named claim for the following reason:

- Disbursement checks have been returned as undeliverable.  A change of address must be filed with the Court.  A change of address must be filed with the Court by the **creditor** or **creditor's attorney ONLY.**  The Trustee's records will not be updated by the filing of any other party.

Unless we receive the information needed and the necessary documents are filed with the Court, we will continue to reserve the funds and the funds will be sent to the United States Bankruptcy Court upon the closing of the case.

Dated: October 16, 2025

By: /S/  Marie-Ann Greenberg
    Chapter 13 Standing Trustee

KATHRYN L TRIPPTREE
8 FRITZ STREET
BLOOMFIELD, NJ   07003

MITCHELL R. STEIN
STEIN & STEIN, ESQS.
114 OLD BLOOMFIELD AVENUE
PARSIPPANY, NJ   07054

JPMORGAN CHASE BANK NA
NATIONAL BANKRUPTCY DEPARTMENT
PO BOX 901032
FT WORTH, TX   76101-2032