UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Weichert Financial Services

In Re:

Kathryn L. Tripptree,

Debtor.

Case No.:       23-11116-SLM

Chapter:        13

Hearing Date:   10/22/2025

Judge:          Meisel

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Secured Creditor's Certification of Default (Docket # 110)

Date: 10/20/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*