**Order Filed on January 15, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mitchell R. Stein
Stein and Stein
114 Old Bloomfield Avenue
Parsippany, NJ 07054
973-882-8820
Attorneys for Debtor

Case No.:    23-11116

Chapter:    13

In Re:

Kathryn L. Tripptree

Adv. No.:

Hearing Date:    1/14/2026

Judge:    SLM

**AMENDED ORDER APPROVING 401(K) LOAN TO PAY OFF CHAPTER 13 PLAN**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**.

**DATED: January 15, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon consideration of Movant's Motion to Approve 401(K) Loan to Pay Off Plan:

**ORDERED** that the Movant's Motion to Approve Debtor's 401(k) loan to pay off Chapter 13 Plan is  hereby GRANTED; and it is further

**ORDERED**, that Debtor is authorized to borrow funds from her 401k account in the amount of $48,464.62 in order to pay off Debtor's Chapter 13 Plan as reflected on the Chapter 13 Trustee's Balance to Complete letter dated December 22, 2025, and it is further.

**ORDERED** that the Debtor's 401(k) loan funds shall be sufficient to pay off the plan pursuant to the Trustee's balance to complete letter, and it is further.

**ORDERED** that Debtor shall turn over such 401(k) loan funds to the Chapter 13 Trustee no later than February 5, 2026, and if the funds are not received by such date the Trustee may submit a dismissal order with no further notice or hearing,  and it is further

**ORDERED**, that the Chapter 13 Trustee shall disburse funds to creditors in accordance with the October 23, 2025 Order Modifying Debtor's Chapter 13 Plan and the Chapter 13 Trustee's Balance to Complete letter dated December 22, 2025.