MITCHELL R. STEIN
STEIN & STEIN, ESQS.
114 OLD BLOOMFIELD AVENUE
PARSIPPANY, NJ  07054

Re:   KATHRYN L TRIPPTREE                     Atty:   MITCHELL R. STEIN
      8 FRITZ STREET                                  STEIN & STEIN, ESQS.
      BLOOMFIELD,  NJ  07003                          114 OLD BLOOMFIELD AVENUE
                                                      PARSIPPANY, NJ  07054

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2026
#### Chapter 13 Case # 23-11116

## RECEIPTS AS OF 01/15/2026       (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 03/10/2023 | $245.00 | | 03/24/2023 | $130.00 | |
| 04/07/2023 | $130.00 | | 04/21/2023 | $130.00 | |
| 05/05/2023 | $130.00 | | 05/19/2023 | $130.00 | |
| 06/05/2023 | $130.00 | | 06/16/2023 | $130.00 | |
| 07/10/2023 | $136.00 | | 07/14/2023 | $130.00 | |
| 07/28/2023 | $130.00 | | 08/11/2023 | $160.00 | |
| 08/25/2023 | $160.00 | | 09/11/2023 | $160.00 | |
| 09/22/2023 | $160.00 | | 10/06/2023 | $160.00 | |
| 10/20/2023 | $160.00 | | 11/03/2023 | $160.00 | |
| 11/17/2023 | $160.00 | | 12/01/2023 | $160.00 | |
| 12/15/2023 | $200.00 | | 01/02/2024 | $200.00 | |
| 01/12/2024 | $200.00 | | 01/26/2024 | $200.00 | |
| 02/09/2024 | $200.00 | | 02/26/2024 | $200.00 | |
| 03/08/2024 | $200.00 | | 03/22/2024 | $200.00 | |
| 04/05/2024 | $200.00 | | 04/19/2024 | $200.00 | |
| 05/03/2024 | $200.00 | | 05/17/2024 | $200.00 | |
| 06/04/2024 | $200.00 | | 06/14/2024 | $200.00 | |
| 06/28/2024 | $200.00 | | 07/12/2024 | $200.00 | |
| 07/26/2024 | $200.00 | | 08/09/2024 | $200.00 | |
| 08/23/2024 | $200.00 | | 09/09/2024 | $200.00 | |
| 09/20/2024 | $200.00 | | 10/04/2024 | $200.00 | |
| 10/21/2024 | $200.00 | | 11/01/2024 | $200.00 | |
| 12/30/2024 | $200.00 | | 01/10/2025 | $200.00 | |
| 01/27/2025 | $200.00 | | 02/07/2025 | $200.00 | |
| 02/24/2025 | $200.00 | | 03/07/2025 | $200.00 | |
| 03/21/2025 | $200.00 | | 04/04/2025 | $200.00 | |
| 04/18/2025 | $200.00 | | 05/02/2025 | $200.00 | |
| 05/16/2025 | $200.00 | | 06/02/2025 | $200.00 | |
| 06/16/2025 | $200.00 | | 06/27/2025 | $200.00 | |
| 07/14/2025 | $200.00 | | 07/25/2025 | $200.00 | |

**Chapter 13 Case # 23-11116**

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|------|--------|---------------------|------|--------|---------------------|
| 08/08/2025 | $200.00 | | 08/22/2025 | $200.00 | |
| 09/08/2025 | $200.00 | | 11/25/2025 | $500.00 | |
| 12/01/2025 | $200.00 | | 12/12/2025 | $200.00 | |
| 12/29/2025 | $200.00 | | 01/09/2026 | $200.00 | |

**Total Receipts: $12,891.00 - Amount Refunded to Debtor: $0.00 = Receipts Applied to Plan: $12,891.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2026   (Please Read Across)

| Claimant Name | Date | Amount | Check # | | Date | Amount | Check # |
|---------------|------|--------|---------|---|------|--------|---------|
| JPMORGAN CHASE BANK NA | | | | | | | |
| | 08/14/2023 | $1,606.13 | 914,952 | | 09/18/2023 | $299.20 | 916,447 |
| | 10/16/2023 | $31.99 | 917,917 | | 10/16/2023 | $264.81 | 917,917 |
| | 11/13/2023 | $31.74 | 919,365 | | 11/13/2023 | $262.66 | 919,365 |
| | 12/11/2023 | $31.74 | 920,765 | | 12/11/2023 | $262.66 | 920,765 |
| | 01/08/2024 | $39.67 | 922,156 | | 01/08/2024 | $328.33 | 922,156 |
| | 02/12/2024 | $21.54 | 923,528 | | 02/12/2024 | $178.28 | 923,528 |
| | 03/11/2024 | $14.36 | 924,966 | | 03/11/2024 | $118.86 | 924,966 |
| | 04/15/2024 | $14.36 | 926,419 | | 04/15/2024 | $118.86 | 926,419 |
| | 05/10/2024 | $14.36 | 927,864 | | 05/10/2024 | $118.86 | 927,864 |
| | 06/17/2024 | $21.54 | 929,305 | | 06/17/2024 | $178.28 | 929,305 |
| | 07/15/2024 | $14.59 | 930,751 | | 07/15/2024 | $120.79 | 930,751 |
| | 08/19/2024 | $14.83 | 932,192 | | 08/19/2024 | $122.73 | 932,192 |
| | 09/16/2024 | $14.83 | 933,618 | | 09/16/2024 | $122.73 | 933,618 |
| | 10/21/2024 | $6.02 | 935,051 | | 10/21/2024 | $49.84 | 935,051 |
| | 11/18/2024 | $5.99 | 936,511 | | 11/18/2024 | $49.58 | 936,511 |
| | 01/13/2025 | $5.99 | 939,330 | | 01/13/2025 | $49.58 | 939,330 |
| | 02/10/2025 | $5.99 | 940,674 | | 02/10/2025 | $49.58 | 940,674 |
| | 03/17/2025 | $5.99 | 942,086 | | 03/17/2025 | $49.58 | 942,086 |
| | 04/14/2025 | $5.99 | 943,528 | | 04/14/2025 | $49.58 | 943,528 |
| | 05/12/2025 | $6.02 | 944,980 | | 05/12/2025 | $49.84 | 944,980 |
| | 06/16/2025 | $29.68 | 946,394 | | 07/14/2025 | $7.18 | 947,849 |
| | 07/14/2025 | $29.68 | 947,849 | | 07/30/2025 | ($29.68) | 946,394 |
| | 07/30/2025 | ($7.18) | 947,849 | | 07/30/2025 | ($29.68) | 947,849 |
| | 08/18/2025 | $12.56 | 949,209 | | 08/18/2025 | $103.88 | 949,209 |
| | 09/16/2025 | $29.68 | 950,552 | | 10/08/2025 | ($29.68) | 950,552 |
| | 12/15/2025 | $9.15 | 954,874 | | 12/15/2025 | $75.68 | 954,534 |
| | 01/12/2026 | $20.45 | 955,956 | | | | |
| WEICHERT FINANCE | | | | | | | |
| | 02/12/2024 | $352.18 | 924,142 | | 03/11/2024 | $234.78 | 925,556 |
| | 04/15/2024 | $234.78 | 927,063 | | 05/10/2024 | $234.78 | 928,436 |
| | 06/17/2024 | $352.18 | 929,953 | | 07/15/2024 | $238.61 | 931,322 |
| | 08/19/2024 | $242.45 | 932,832 | | 09/16/2024 | $242.44 | 934,186 |
| | 10/21/2024 | $322.14 | 935,697 | | 11/18/2024 | $320.43 | 937,097 |
| | 01/13/2025 | $320.43 | 939,926 | | 02/10/2025 | $320.43 | 941,266 |
| | 03/17/2025 | $320.43 | 942,740 | | 04/14/2025 | $320.44 | 944,148 |
| | 05/12/2025 | $322.14 | 945,599 | | 06/16/2025 | $346.74 | 947,038 |
| | 07/14/2025 | $346.73 | 948,478 | | 08/18/2025 | $520.10 | 949,771 |
| | 09/16/2025 | $346.74 | 951,143 | | 12/15/2025 | $794.43 | 955,478 |
| | 01/12/2026 | $353.08 | 956,873 | | | | |

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---------|---------------|-------|---------------|--------------------|------|------------------|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 822.05 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | JPMORGAN CHASE BANK NA | VEHICLE SECURE | 2,474.68 | 100.00% | 2,234.58 | 240.10 |

**Chapter 13 Case # 23-11116**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| 0006 | WEICHERT FINANCE | (NEW) Prepetition / | 0.00 | 100.00% | 0.00 | 0.00 |
| 0007 | CAPITAL ONE BANK (USA), N.A. | UNSECURED | 5,129.28 | 100.00% | 0.00 | 5,129.28 |
| 0008 | LVNV FUNDING LLC | UNSECURED | 1,803.53 | 100.00% | 0.00 | 1,803.53 |
| 0009 | VERIZON BY AMERICAN INFOSOURCE A | UNSECURED | 136.48 | 100.00% | 0.00 | 136.48 |
| 0010 | JPMORGAN CHASE BANK NA | (NEW) Auto Agreec | 4,712.36 | 100.00% | 2,745.44 | 1,966.92 |
| 0011 | WEICHERT FINANCE | (NEW) MTG Agree | 41,054.78 | 100.00% | 7,086.46 | 33,968.32 |

**Total Paid:  $12,888.53**

See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 16, 2026.

Receipts: $12,891.00        -     Paid to Claims: $12,066.48     -     Admin Costs Paid: $822.05     =     Funds on Hand: $2.47

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER
VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.