Order Filed on January 15, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Mitchell R. Stein<br>Stein and Stein<br>114 Old Bloomfield Avenue<br>Parsippany, NJ 07054<br>973-882-8820<br>Attorneys for Debtor<br><br>In Re:<br><br>Kathryn L. Tripptree | Case No.:        23-11116<br><br>Chapter:         13<br><br><br><br>Adv. No.:<br><br>Hearing Date:   1/14/2026<br><br>Judge:            SLM |

**AMENDED ORDER APPROVING 401(K) LOAN TO PAY OFF CHAPTER 13 PLAN**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**.

**DATED: January 15, 2026**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Upon consideration of Movant's Motion to Approve 401(K) Loan to Pay Off Plan:

**ORDERED** that the Movant's Motion to Approve Debtor's 401(k) loan to pay off Chapter 13 Plan is hereby GRANTED; and it is further

**ORDERED**, that Debtor is authorized to borrow funds from her 401k account in the amount of $48,464.62 in order to pay off Debtor's Chapter 13 Plan as reflected on the Chapter 13 Trustee's Balance to Complete letter dated December 22, 2025, and it is further.

**ORDERED** that the Debtor's 401(k) loan funds shall be sufficient to pay off the plan pursuant to the Trustee's balance to complete letter, and it is further.

**ORDERED** that Debtor shall turn over such 401(k) loan funds to the Chapter 13 Trustee no later than February 5, 2026, and if the funds are not received by such date the Trustee may submit a dismissal order with no further notice or hearing, and it is further

**ORDERED**, that the Chapter 13 Trustee shall disburse funds to creditors in accordance with the October 23, 2025 Order Modifying Debtor's Chapter 13 Plan and the Chapter 13 Trustee's Balance to Complete letter dated December 22, 2025.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-11116-SLM |
| Kathryn L Tripptree | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 15, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

**Recip ID    Recipient Name and Address**
db          + Kathryn L Tripptree, 8 Fritz Street, Bloomfield, NJ 07003-4044

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2026          Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

**Name               Email Address**

Denise E. Carlon
                    on behalf of Creditor Weichert Financial Services dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

Mitchell R Stein
                    on behalf of Debtor Kathryn L Tripptree msteinlaw@yahoo.com  msteinlaw@yahoo.com;steinmr83648@notify.bestcase.com

Sherri R. Dicks
                    on behalf of Creditor JPMORGAN CHASE BANK  N.A. sdicks@raslg.com, shrdlaw@hotmail.com

Sindi Mncina
                    on behalf of Creditor JPMORGAN CHASE BANK  N.A. smncina@raslg.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-2         User: admin         Page 2 of 2
Date Rcvd: Jan 15, 2026      Form ID: pdf903     Total Noticed: 1
TOTAL: 6