

**MONEY$HARP**
FINANCIAL EDUCATION COURSES

**866-200-6825**

# DOCUMENT CENTER



### Certificate for Debtor Education Course

Congratulations! You have successfully completed your Debtor Education course.

Click here to go to certificate page.



## Worksheets

Summary          Audit Worksheet          Financial Umbrella          Monitor Worksheet

☐ Refresh Summary report before
downloading