Certificate Number: 13858-NJ-DE-041055257

Bankruptcy Case Number: 23-11116



13858-NJ-DE-041055257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 3, 2026, at 11:08 o'clock PM EDT, Kathryn L  Tripptree completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   June 4, 2026              By:      /s/Wendel Ruegsegger

                                 Name:   Wendel Ruegsegger

                                 Title:   Counselor