**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kathryn L Tripptree | Social Security number or ITIN   xxx–xx–1674 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    District of New Jersey

Case number:   23–11116–SLM

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Kathryn L Tripptree

6/9/26

**By the court:** <u>Stacey L. Meisel</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                     **Chapter 13 Discharge**                     page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 23-11116-SLM

Kathryn L Tripptree                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                      Page 1 of 2

Date Rcvd: Jun 09, 2026                       Form ID: 3180W                                    Total Noticed: 17

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kathryn L Tripptree, 8 Fritz Street, Bloomfield, NJ 07003-4044 |
| cr | + | Weichert Financial Services, 225 Littleton Road, Morris Plains, NJ 07950-2932 |
| 519834816 | | Credit One Bank, N.A., PO Box 99875, Las Vegas, NV 89193 |
| 519834817 | | JP Morgan Chase Bank Auto, PO Box 901003, Ft. Worth, TX, OH 43218-2005 |
| 519850889 | | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 5700 Kansas Lane LA4-5599, Monroe, LA 71203 |
| 519847026 | + | Philip Franck, 8 Fritz Street, Bloomfield NJ 07003-4044 |
| 519834818 | + | Weichert Finance, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047-8945 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 09 2026 20:54:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 09 2026 20:54:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: PRA.COM | Jun 10 2026 00:39:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519834815 | + | EDI: CAPITALONE.COM | Jun 10 2026 00:39:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519863818 | + | EDI: AIS.COM | Jun 10 2026 00:39:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519896834 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Jun 09 2026 20:53:00 | Weichert Financial Services, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 520919122 | + | EDI: JPMORGANCHASE | Jun 10 2026 00:39:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane LA4-6310, Monroe, LA 71203, Phone 71203-4774 |
| 519888601 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2026 20:52:36 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519835434 | + | EDI: PRA.COM | Jun 10 2026 00:39:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519885748 | + | EDI: AIS.COM | Jun 10 2026 00:39:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

District/off: 0312-2                    User: admin                                    Page 2 of 2
Date Rcvd: Jun 09, 2026                 Form ID: 3180W                                  Total Noticed: 17

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor Weichert Financial Services bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Mitchell R Stein | on behalf of Debtor Kathryn L Tripptree msteinlaw@gmail.com msteinlaw@yahoo.com;steinmr83648@notify.bestcase.com |
| Sherri R. Dicks | on behalf of Creditor JPMORGAN CHASE BANK N.A. sdicks@raslg.com, shrdlaw@hotmail.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6